# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | |
| Plaintiff, | ) | 2:11-cv-00675-PMP-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| Defendants. | ) | |

    This prisoner civil rights action was filed in the Eighth Judicial District Court of the State of Nevada, in and for Clark County. Defendants filed a petition for removal on April 29, 2011, alleging that this Court has original jurisdiction based on plaintiff's claims. As discussed below, this action is remanded to state court.

    Plaintiff, who is incarcerated at High Desert State Prison, brings action against the Nevada Department of Corrections, Dwight Neven, Jennifer Nash, Greg Cox, Anthony Scillia, Dyer, Michael Maxfield, J. Starling, Kennith Triggs, Bryant Vaughn, and Julio Calderon. Plaintiff alleges that defendants have violated his rights under the Nevada Constitution in each count of the complaint. Plaintiff styled his complaint with this caption: "NRS 41.0322 Tort Action, Civil Rights Complaint pursuant to 42 USC Section 1983 and NRS 41.101 et seq." The caption is the only place where plaintiff mentions 42 U.S.C. § 1983 or any federal law. In all counts of the complaint, plaintiff alleges violation of his rights under the Nevada Constitution. Plaintiff does not set forth any claims under the United States Constitution or any other federal law. Because plaintiff's

1 complaint sets forth no cause of action under federal law, this action is remanded to state court.  28
2 U.S.C. § 1441(c).

3 **IT IS THEREFORE ORDERED** that the Clerk shall detach and **FILE** the complaint (ECF
4 No. 1-2).

5 **IT IS FURTHER ORDERED** that this action is **REMANDED** to the Eighth Judicial
6 District Court of the State of Nevada, in and for Clark County.  Because the complaint sets forth no
7 cause of action under federal law, this Court remands this action to state court.  28 U.S.C. § 1441(c).
8 **The Clerk of Court shall mail a certified copy of this order to the Eighth Judicial District**
9 **Court in Clark County.**

10 **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this
11 case.

13 DATED:  May 12, 2011.

_____
PHILIP M. PRO
United States District Judge

2